ORIGINAL

FLORENCE T. NAKAKUNI #2286
United States Attorney
District of Hawaii

MICAH J. PENN
Special Assistant U.S. Attorney
300 Ala Moana Blvd., Suite 6-100
Honolulu, Hawaii  96850
Telephone:  (808) 257-7084
Facsimile:  (808) 257-1829
Email:  micah.penn@usmc.mil

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 22 2015

at ___ o'clock and 44 min. P M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO.: CR15 00288 RLP |
| Plaintiff, ) | INFORMATION |
| vs. ) | 40 U.S.C.1315(c), 32 C.F.R. 634.25(f), H.R.S. § 431:10C-104 |
| PATRICK O. SPEIGHTS, ) | Cit. No.: 1243515/H30 |
| Defendant. ) | A&P Date: April 29, 2015 |

INFORMATION

The United States Attorney charges that:

On or about March 5, 2015, at Marine Corps Base Hawaii,

Kaneohe Bay, Hawaii, a place within the special maritime and

territorial jurisdiction of the United States, in the District of

Hawaii, PATRICK O. SPEIGHTS, defendant herein, unlawfully operated

a motor vehicle upon a public street, road, or highway without

valid insurance.

All in violation of Hawaii Revised Statutes, Section

431:10C-104, pursuant to Title 40, United States Code, Section

1315(c), and Title 32, Code of Federal Regulations, Section 634.25(f).

DATED: April 16, 2015 at Honolulu, Hawaii.

FLORENCE T. NAKAKUNI
United States Attorney
District of Hawaii

By _____
MICAH J. PENN
Special Assistant U.S. Attorney

UNITED STATES v. PATRICK O. SPEIGHTS
CR. NO.:
Cit. No.: 1243515/H30
"INFORMATION"

CR15 00288 RLP